UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.  10-cr-00373-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  SHAUN GAY,

      Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, January 17, 2011,** and responses to these motions shall be filed by **Friday, January 28 , 2011.**  It is

FURTHER ORDERED that a 5-day jury trial is set to commence **Monday, February 14, 2011, at 9:00 a.m. in courtroom A-1002.**  Finally, it is

ORDERED that the parties shall promptly advise the Court if a hearing on pending motions and/or final trial preparation conference needs to be set.

Dated this 13th day of December, 2010.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge