UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00373-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  SHAUN GAY,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition was received in the above captioned matter on January 27, 2011.  Accordingly, the five-day jury trial set to commence Monday, February 14, 2011, at 9:00 a.m. is **VACATED.**  A Change of Plea Hearing is **SET** for **Friday, March 18, 2011, at 3:30 p.m.** in Courtroom A-1002.

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

      Dated: January 28, 2011