UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00373-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  SHAUN GAY,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     Due to a scheduling conflict, the Change of Plea Hearing set for Wednesday, May 25, 2011, at 11:00 a.m. is **RESET** to **Friday, June 10, 2011, at 2:30 p.m.**

     **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

     Dated:  May 17, 2011.