**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | August 31, 2011 | Probation: | Justine Kozak |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:  **10-cr-00373-WYD**          <u>Counsel:</u>

UNITED STATES OF AMERICA,                    David M. Conner

            Plaintiff,

v.

**1.  SHAUN GAY**,                              Peter D. Menges

            Defendant.

---

**SENTENCING**

---

| | |
|---|---|
| **10:08 a.m.** | Court in Session - Defendant present (in-custody) |
| | **Change of Plea Hearing - Friday, June 10, 2011, at 2:30 p.m.**<br>**Plea of Guilty - counts 1 and 5 of Indictment** |
| | APPEARANCES OF COUNSEL. |
| | Court's opening remarks. |
| 10:22 a.m. | Statement and argument on behalf of Government (Mr. Conner). |
| 10:27 a.m. | Statement and argument on behalf of Defendant (Mr. Menges). |
| 10:38 a.m. | Statement on behalf of Probation (Ms. Kozak). |
| 10:40 a.m. | Statement by Defendant on his own behalf (Mr. Gay). |
| 10:45 a.m. | Statement on behalf of Government (Mr. Conner). |

10:46 a.m.       Statement on behalf of Defendant (Mr. Menges).

Court makes findings.

**ORDERED:**     Government's Motion for Decrease for Acceptance of Responsibility (ECF Doc. #43), filed August 25, 2011, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:**     Defendant's Motion for Non-Guideline Sentence (ECF Doc. #39), filed August 17, 2011, is **GRANTED.**

**ORDERED:**     Defendant be **imprisoned** for **78** months on each of counts one and five, to run concurrently.

**Court RECOMMENDS that the Bureau of Prisons place the defendant at the most appropriate Federal Medical Center so that his severe mental health issues can be dealt with and treated in a proper manner consistent to penological objectives that may warrant such treatment in the sole discretion of the Bureau of Prisons.**

**ORDERED:**     Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years on count one and **3** years on count five, to run concurrently.

**ORDERED:**     **Conditions** of **Supervised Release** are:

(X)     Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)     Defendant shall not commit another federal, state or local crime.

(X)     Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)     Defendant shall comply with standard conditions adopted by the Court.

(X)     Defendant shall not unlawfully possess a controlled substance.

(X)     The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X)     The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**     **Special Condition(s)** of **Supervised Release** are:

(X)     The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

(X)     The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

(X)     The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

(X)     The defendant shall remain compliant and shall take all medications that are prescribed by his treating psychiatrist.  The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.

**ORDERED:**     Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**     **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**     Defendant to make **restitution** as follows:
**$11,321.95 to be made payable to Clerk, U.S. District Court; 901 19th Street, #A-105; Denver, CO  80294 to be disbursed to the following victim(s):**

| **Victims** | **Amount** |
| --- | --- |
| Bank of the West<br>2050 South Downing Street<br>Denver, Colorado | $4,206.00 |

| | |
|---|---|
| Compass Bank | $1,174.95 |
| 4600 South Broadway | |
| Englewood, Colorado | |
| | |
| TCF Bank | $1,400.00 |
| 1710 South Havana Street | |
| Aurora, Colorado | |
| | |
| First Bank | $4,541.00 |
| 8901 East Hampden Avenue | |
| Denver, Colorado | |

Restitution is ordered jointly and severally with the following defendants:

| Name | Case Number | Amount |
|---|---|---|
| Seth Shewmaker | 10-cr-00499-MSK-01 | $7,115.95 |

The special assessment and restitution obligation are due immediately. Any unpaid restitution balance upon release from incarceration shall be paid in monthly installment payments during the term of supervised release.  The monthly installment payment will be calculated as at least 10 percent of the defendant's gross monthly wages.

As directed by the probation officer, the defendant shall apply any monies, received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

**ORDERED:** Counsel shall submit a motion and proposed form of order relating to the application of recovered monies to restitution **not later than 10 days from today (August 31, 2011).**

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:** Government's Motion to Dismiss (ECF Doc. #44), filed August 25, 2011, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:**     Defendant is **REMANDED** to the custody of the U.S. Marshal.

**11:04 a.m.**     Court in Recess - HEARING CONCLUDED

<u>**TOTAL TIME:   :56**</u>