UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00373-WYD

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.  SHAUN GAY,

   Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to dismiss Counts 2, 3 and 4 of the Indictment in the above-entitled case, and the Court having considered the same, it is hereby

ORDERED that Government's Motion to Dismiss (ECF Doc. #44), filed August 25, 2011, is **GRANTED.**  It is further

ORDERED that Counts 2, 3 and 4 of the Indictment in the above captioned case are dismissed with prejudice as to Defendant Shaun Gay.

Dated:  August 31, 2011.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE